# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN AVIATION, LLC, ) <br> ) <br> *Defendant*. ) <br> ) | Civil No. 1:19-cv-00428 <br> Hon. Liam O'Grady <br> Hon. Michael S. Nachmanoff |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Michael S. Nachmanoff ("Recommendation") on July 18, 2019. Dkt. 13. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 1, 2019. To date, no objections have been filed.

Thus, after reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation, Dkt. 13, as to damages.

Therefore, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**. Dkt. 9.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Metropolitan Aviation, LLC, in the amount of Seventy-Three Thousand Dollars ($73,000.00).

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

October 9, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge